**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01490-CV

## IN THE MATTER OF J.I.L., A MINOR

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-70360-2014**

## ORDER

We **GRANT** appellee's January 26, 2015 unopposed motion for an extension of time to file a brief. Appellee shall file a brief by **MARCH 12, 2015**. No further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE